1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

F I L E D
Clerk
District Court

JUN 13 2023

for the Northern Mariana Islands
By_____
*JP*
(Deputy Clerk)

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN MARIANA ISLANDS**

IN RE:

Application for Exemption from the
Electronic Public Access Fees by
Ariel Rava

CASE 1:23-mc-00043

ORDER GRANTING APPLICATION FOR
EXEMPTION FROM THE ELECTRONIC
PUBLIC ACCESS FEES

This matter is before the Court upon the application and request by Ariel Rava for exemption from the fees imposed by the Electronic Public Access fee schedule adopted by the Judicial Conference of the United States Courts. The Court finds that Ms. Rava, as an individual researcher associated with an education institution working on a defined research project intended for scholarly work, falls within the class of users listed in the fee schedule as being eligible for a fee exemption. Additionally, Ms. Rava has demonstrated that an exemption is necessary in order to avoid unreasonable burdens and to promote public access to information. Accordingly, Ms. Rava will be exempt from the payment of fees for access via PACER to the electronic case files maintained in this court, to the extent such use is incurred in the course of her research project to examine how bankruptcy judges' political ideology might influence their rulings. She will not be exempt from the payment of fees incurred in connection with other uses of the PACER system in this court. Additionally, the following limitations apply:

1. This fee exemption applies only to Ms. Rava and is valid only for the purposes stated above;

2. This fee exemption applies only to the electronic case files of this court that are available

through the PACER system;

3.  By accepting this exemption, Ms. Rava agrees not to sell for profit any data obtained as a result of receiving this exemption;

4.  Ms. Rava is prohibited from transferring any data obtained as a result of receiving this exemption, including redistribution via internet based databases;

5.  This exemption is valid until June 12, 2024.

This exemption may be revoked at the discretion of the Court at any time. A copy of this Order shall be sent to the PACER Service Center.

IT IS SO ORDERED on this 13th day of June, 2023.

_____
RAMONA V. MANGLONA
Chief Judge